UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER MEZZATESTA,

                  Plaintiff,

-against-,

FIFTH AVENUE ASSOCIATION BUSINESS IMPROVEMENT DISTRICT, INC., ROBERT LOUTTIT, EDWARD HOGAN, HOWARD SCHWARTZ, AND MARIE BOSTER,

                  Defendants.

Index No.: 24-cv-00056-DLC

**STIPULATION ESTABLISHING DEFENDANTS EDWARD HOGAN AND HOWARD SCHWARTZ'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting by means of their respective counsel, that the time for Defendants Edward Hogan and Howard Schwartz (collectively "Defendants Hogan and Schwartz") to answer, move or otherwise respond to the Complaint in the above matter shall be to and including March 12, 2024.

IT IS FURTHER STIPULATED AND AGREED, that Defendants Hogan and Schwartz agree to waive all defenses as to invalid service of process.

For Defendants Hogan and Schwartz:

By: _____
Todd H. Girshon
Jackson Lewis P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
Telephone: (212) 545-4030
Fax: (212) 972-3213
Todd.Girshon@jacksonlewis.com

Dated: February 1, 2024

For Plaintiff:

By: _____
Samiya Mir
Mir Firm
c/o Griffitts LLP
180 Varrick Street
New York, New York 10014
Telephone: (917) 442-1529
Fax: (212) 553-7370
smir@mirfirmpllc.com