```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
ALEXANDER MEZZATESTA,                    :
                                         :
                    Plaintiff,           :
         -v-                             :    24cv56 (DLC)
                                         :
FIFTH AVENUE ASSOCIATION BUSINESS        :       ORDER
IMPROVEMENT DISTRICT, INC., et al.,      :
                                         :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to the Court's record, the time for the defendant Robert Louttit to answer has passed. Accordingly, it is hereby

ORDERED that plaintiff shall submit to the Court by **March 6, 2024**, an order to show cause for entry of a default against the defendant, returnable at **3:00 P.M.** on **March 15** in Courtroom 18B. Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

Dated:   New York, New York
         February 26, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge