```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
ALEXANDER MEZZATESTA,                    :
                                         :
                         Plaintiff,      :
              -v-                        :         24cv56 (DLC)
                                         :
FIFTH AVENUE ASSOCIATION BUSINESS        :            ORDER
IMPROVEMENT DISTRICT, INC., et al.,      :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received a letter from counsel for defendant Robert Louttit, dated February 27, 2024, it is hereby

ORDERED that the February 26 Order scheduling a default hearing is vacated. Counsel are reminded that any adjournment of a deadline set by the Federal Rules of Civil Procedure or a Court Order requires approval by the Court.

IT IS FURTHER ORDERED that the **March 15, 2024** initial pretrial conference is rescheduled to **April 5, 2024** at **3:30 P.M.**

Dated:    New York, New York
          February 28, 2024

                                         _____
                                              DENISE COTE
                                         United States District Judge