

| | | |
|---|---|---|
| William Cafaro, Esq.<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>Amit Kumar, Esq.<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>Andrew S. Buzin, Esq.<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | **LAW OFFICES OF WILLIAM CAFARO**<br><br>108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>*www.cafaroesq.com* | Louis M. Leon, Esq.<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>Matthew S. Blum, Esq.<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |

June 3, 2024

**The plaintiff's request for an extension is granted.**

*/s/ Denise Cote*

6/3/2024

<u>*Via* **ECF**</u>
Hon. Denise L. Cote, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:    <u>*Mezzatesta v. Fifth Avenue Business Improvement District et al*</u>
                Case No.: 24-cv-00056-DLC

Your Honor,

      This office represents the Plaintiff in the above referenced employment retaliation action. On the evening of May 31, 2024, Defendants filed a letter requesting conference concerning Plaintiff's production in compliance with the Court's scheduling Order. (D.E. 52). Pursuant to the Court's individual rules of practice, Plaintiff's response is due today, June 3. We write to request an extension of time until June 10 to file our response. The requested extension will give the Parties time to meet and confer regarding the issue which may obviate the need for the conference in its entirety. No previous request for an extension have been made and Defendants' have consented to the request.

      We thank the Court for its courtesy in this regard.

                                                Respectfully Submitted,
                                                LAW OFFICES OF WILLIAM CAFARO

                                                By Amit Kumar, Esq.
                                                *Attorneys for Plaintiffs*
                                               108 West 39th Street, Suite 602
                                               New York, New York 10018
                                               (212) 583-7400
                                               AKumar@CafaroEsq.com