```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :    24cv56 (DLC)
ALEXANDER MEZZATESTA,                     :
                                          :        ORDER
                       Plaintiff,         :
          -v-                             :
                                          :
FIFTH AVENUE ASSOCIATION BUSINESS         :
IMPROVEMENT DISTRICT, INC., et al.,       :
                                          :
                       Defendants.        :
----------------------------------------- X
```

DENISE COTE, District Judge:

As stated on the record at the June 17, 2024 telephone conference, it is hereby

ORDERED that the defendants' privilege log shall be provided to the plaintiff by **June 24, 2024**.

IT IS FURTHER ORDERED that, should a discovery dispute remain, the parties shall file letters no longer than five (5) pages by **July 1, 2024** addressed to five (5) documents relevant to the defendants' privilege assertions.

IT IS FURTHER ORDERED that the defendants shall file any amended answer to the complaint by **July 1, 2024**.

Dated:   New York, New York
         June 17, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge